**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH WAYNE JOHNSON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>　　　　　　Defendant. | Case No.: 12-CV-01851-LHK<br><br>ORDER VACATING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument. Accordingly, the hearing and the case management conference set for January 24, 2013, are hereby VACATED. The Court will issue an order on the Motion to Dismiss shortly.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01851-LHK
ORDER VACATING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE